David Monroe Hess
1030 S. Hutchins St. # 4-301
Lodi, California 95240

**FILED**

2012 NOV 14 P 2: 39

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PLAINTIFF, IN PRO PER

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID M. HESS, | Case No.: CV12-03041-EMC |
| Plaintiff, | |
| vs. | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO** F.R.C.P. 41(a)(1)(A)(i) ; ORDER |
| JOHN G. STUMPF, TIMOTHY J. SLOAN, JAMES M. STROTHER, WELLS FARGO BANK, NATIONAL ASSOCIATION, WELLS FARGO & COMPANY, PARKER STEVEN KENNEDY, MAX O. VALDES, FIRST AMERICAN TRUSTEE SERVICING SOLUTIONS, LLC, FIRST AMERICAN FINANCIAL CORORATION And DOES 1 Through 10 Defendants | |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff DAVID HESS, hereby gives notice that the above captioned action is voluntarily dismissed, without prejudice against the defendant(s):

JOHN G. STUMPF, TIMOTHY J. SLOAN, JAMES M. STROTHER, WELLS FARGO BANK, NATIONAL ASSOCIATION, WELLS FARGO & COMPANY, PARKER STEVEN KENNEDY, MAX O. VALDES, FIRST AMERICAN TRUSTEE SERVICING SOLUTIONS, LLC, FIRST AMERICAN FINANCIAL CORORATION And DOES 1 Through 10

DATED: November 14, 2012                BY: _____
                                            David Monroe Hess

IT IS SO ORDERED. All hearings on calendar are hereby vacated. The Clerk of the Court is hereby directed to close the case.

NOTICE OF DISMISSAL

_____
Edward M. Chen
United States District Judge


IT IS SO ORDERED MODIFIED

## PROOF OF SERVICE

I am employed in the City of Lodi in the County of San Joaquin, State of California, I am over the age of 18 and not a party to the within action. My address is 155 Main Street, Lodi, California 95240.

On November 14, 2012, I served the following documents by placing a true copy thereof in a sealed envelope(s) and mailed first class postage and by fax on the persons below as follows:

| | |
|---|---|
| SEVERSON & WERSON<br>A Professional Corporation<br>One Embarcadero center, suite 2600<br>San Francisco, CA 94111<br>Attorneys for Defendants<br>Wells Fargo Bank, N.A.<br>Wells Fargo & Company; John G, Stumpf;<br>Timothy J. Sloan and James M. Strother.<br>Fax # (415)-956-0439 | WRIGHT, FINLAY & ZAK, LLP<br>4665 MacArthur Court, suite 280<br>Newport Beach, CA 92660<br>Attorneys for defendants<br>Parker Steven Kennedy;<br>First American Trustee Serv. Solutions LLC<br>First American Financial Corporation and<br>Max O. Valdes.<br>Fax # (949)-477-9200 |

I declare under the penalty of perjury of the laws of the State of California that the forgoing is true and correct.

Executed on November 14, 2012 at Lodi, California.

Susan Estrada