David Monroe Hess
1030 S. Hutchins St. # 4-301
Lodi, California 95240

**✓FILED**

2012 NOV 14  P 2: 39

RICHARD W. WIEKING
CLERK. U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PLAINTIFF, IN PRO PER

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

DAVID M. HESS,

      Plaintiff,

      vs.

JOHN G. STUMPF, TIMOTHY J. SLOAN,
JAMES M. STROTHER, WELLS FARGO
BANK, NATIONAL ASSOCIATION,
WELLS FARGO & COMPANY, PARKER
STEVEN KENNEDY, MAX O. VALDES,
FIRST AMERICAN TRUSTEE
SERVICING SOLUTIONS, LLC, FIRST
AMERICAN FINANCIAL CORORATION
And DOES 1 Through 10
      Defendants

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**Case No.: CV12-03041-EMC**

**NOTICE OF VOLUNTARY
DISMISSAL PURSUANT TO**
**F.R.C.P. 41(a)(1)(A)(i)**   ; ORDER

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the

Plaintiff DAVID HESS, hereby gives notice that the above captioned action is voluntarily

dismissed, without prejudice against the defendant(s):

JOHN G. STUMPF, TIMOTHY J. SLOAN, JAMES M. STROTHER, WELLS FARGO BANK, NATIONAL ASSOCIATION,

WELLS FARGO & COMPANY, PARKER STEVEN KENNEDY, MAX O. VALDES, FIRST AMERICAN TRUSTEE

SERVICING SOLUTIONS, LLC, FIRST AMERICAN FINANCIAL CORORATION And DOES 1 Through 10

DATED: November 14, 2012        BY: _____
                               David Monroe Hess

IT IS SO ORDERED.  All hearings on calendar
are hereby vacated.  The Clerk of the Court is hereby directed to close the case.

                              NOTICE OF DISMISSAL

_____
Edward M. Chen
United States District Judge

<u>PROOF OF SERVICE</u>

I am employed in the City of Lodi in the County of San Joaquin, State of California, I am over the age of 18 and not a party to the within action. My address is 155 Main Street, Lodi, California 95240.

On November 14, 2012, I served the following documents by placing a true copy thereof in a sealed envelope(s) and mailed first class postage and by fax on the persons below as follows:

SEVERSON & WERSON
A Professional Corporation
One Embarcadero center, suite 2600
San Francisco, CA 94111
Attorneys for Defendants
Wells Fargo Bank, N.A.
Wells Fargo & Company; John G, Stumpf;
Timothy J. Sloan and James M. Strother.
Fax # (415)-956-0439

WRIGHT, FINLAY & ZAK, LLP
4665 MacArthur Court, suite 280
Newport Beach, CA 92660
Attorneys for defendants
Parker Steven Kennedy;
First American Trustee Serv. Solutions LLC
First American Financial Corporation and
Max O. Valdes.
Fax # (949)-477-9200

I declare under the penalty of perjury of the laws of the State of California that the forgoing is true and correct.

Executed on November 14, 2012 at Lodi, California.

Susan Estrada

Proof of Service